THE STATE v. HARVEY, Appellant.

Division Two, November 21, 1898.

**Robbery.** Where the evidence as to robbery is sufficient and the instruction, full and correct, the judgment will be affirmed.

*Appeal from St. Louis City Circuit Court.*—HON. WILLIAM ZACHRITZ, Judge.

AFFIRMED.

C. O. BISHOP for appellant.

EDWARD C. CROW, Attorney-General, and SAM B. JEFFRIES, Assistant Attorney-General, for the State.

(1) The record proper is in regular shape and the case is shown to have been impartially and legally tried. The indictment correctly charges the offense. The evidence was ample to convict. Nor was an error committed in the rulings of the court upon its admission. The instructions were all that is required by law. By them the jury were informed of every principle of law incident to the case and which was necessary to enable them to arrive at a satisfactory and proper verdict.

SHERWOOD, J.—Guilty of robbery in the first degree and twelve years in the penitentiary was the verdict of the jury. William Donald was the victim who was "held up" by three footpads, that method being *a la mode* now in the city of St. Louis.

The evidence was amply sufficient, and the instruction covered all questions of law necessary for the information of the jury in giving their verdict. Defendant excepted to the giving of the instruction, and also excepted to the failure of the court to fully instruct the jury on all questions, etc. But

as the jury was properly and fully instructed, the exceptions taken fall to the ground.

The defense relied on was an *alibi,* but it is evident that the jury entertained a view not favorable to that theory.

As the record is free from error, judgment affirmed.   All concur.